# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128355

MARK P. JAMES,
　　　　Plaintiff-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
　　　　Intervening Plaintiff-Appellee

v

AUTO LAB DIAGNOSTICS & TUNE UP
CENTERS and FARMERS INSURANCE
EXCHANGE,
　　　　Defendants-Appellants,
and

SECOND INJURY FUND, PERMANENT &
TOTAL DISABILITY PROVISIONS,
　　　　Defendant-Appellee.

SC: 128355
COA: 257993
WCAC: 04-000002

_____

On order of the Court, the motion for reconsideration of the order of February 24, 2006 is considered and it is DENIED because it does not appear the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration.

WEAVER, J., states as follows:

I would grant reconsideration and remand this case to the Court of Appeals for consideration of *Camburn v Northwest School Dist (After Remand),* 459 Mich 471 (1999).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

Clerk